UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22700-CIV-ALTONAGA/O'SULLIVAN

GABRIEL VENGOECHEA,

    Plaintiff,
v.

ABBVIE, INC. a/k/a ABBOT
LABORATORIES,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on February 5, 2016.  Having held a hearing in this matter and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the deposition of the plaintiff shall occur on Thursday, February 11, 2016, at 10:30 AM at the office of Joel S. Magolnick, Esq., Marko & Magolnick, P.A., 3001 SW 3rd Ave., Miami, FL 33129.  It is further

ORDERED AND ADJUDGED that the parties are advised that pursuant to Fed.R.Civ.P. 26, all witnesses in this matter must be disclosed to the opposing side.  It is further

ORDERED AND ADJUDGED that the 30 days in which the plaintiff was permitted to bring his objections before the Court regarding the defendant's responses to discovery in this matter have expired, and any objections the plaintiff has to those responses have been waived.  It is further

ORDERED AND ADJUDGED that all documents in this matter must be produced

in the manner in which they were kept in the ordinary course of business. It is further

ORDERED AND ADJUDGED that the plaintiff's request to shorten the time for the defendant to respond to the plaintiff's discovery requests that were recently served on the defendant is denied because those discovery requests were untimely.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 5th day of February, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Altonaga
All Counsel of Record